AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Richardson, Eli J. | U.S. District Court for the Middle District of Tennessee | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (active status) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

United States District Court for the Middle District of Tennessee
801 Broadway, Suite 824
Nashville, Tennessee 37203

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2013 | Bass, Berry & Sims Retirement & Savings Plan with former law firm, no control |
| 2. 2010 | Federal Employees Retirement System Basic Benefit annuity; payable as early as age 56 and 6 months |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | self-employed educational consultant |
| 2. 2019 | Cumberland Trust & Investment Company |
| 3. 2019 | Down Syndrome Association of Middle Tennessee |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Fifth Third Bank | Mortgage of rental property, Nashville, TN | M |
| 2. | Nissan Motor Acceptance Corporation | auto loan (exceeding amount of purchase price) | K |
| 3. | Pinnacle Bank | HELOC | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental property, Nashville, TN (2017, $318,000) | E | Rent | N | R | | | | | |
| 2. | AXA Moderate-Plus Allocation Fund | | None | J | T | | | | | |
| 3. | 529 acct: American Funds Washington Mutual Investors Fund Class 529-A | B | Dividend | L | T | Redeemed (part) | 08/30/19 | J | C | |
| 4. | | | | | | Buy (add'l) | 07/30/19 | J | | |
| 5. | | | | | | Buy (add'l) | 06/28/19 | J | | |
| 6. | | | | | | Buy (add'l) | 05/30/19 | J | | |
| 7. | | | | | | Buy (add'l) | 04/30/19 | J | | |
| 8. | | | | | | Buy (add'l) | 03/30/19 | J | | |
| 9. | | | | | | Buy (add'l) | 02/28/19 | J | | |
| 10. | | | | | | Buy (add'l) | 01/30/19 | J | | |
| 11. | AMG/Aston Managers Fairpointe Mid Cap Fund Class | | None | | | Sold | 10/10/19 | J | | |
| 12. | | | | | | Sold (part) | 09/13/19 | J | | |
| 13. | Brown Capital Small Company Fund Institutional Class | | None | | | Sold | 10/10/19 | J | B | |
| 14. | | | | | | Sold (part) | 09/18/19 | J | A | |
| 15. | Cohen & Steers Realty Income Fund Institutional Class | A | Dividend | | | Sold | 10/10/19 | J | B | |
| 16. | | | | | | Sold (part) | 09/18/19 | J | A | |
| 17. | Deutsche Enhanced Commodity Strategy Fund Instituional Class | A | Dividend | | | Sold | 10/10/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 09/24/19 | J | | |
| 19. Fidelity Advisor Total Bond Fund Class I | A | Dividend | | | Sold | 10/10/19 | J | A | |
| 20. | | | | | Sold<br>(part) | 09/24/19 | J | | |
| 21. FMI International Fund Institutional Class | | None | | | Sold | 10/10/19 | J | A | |
| 22. | | | | | Sold<br>(part) | 09/16/19 | J | | |
| 23. PIMCO Income Fund Class P | A | Dividend | | | Sold | 10/10/19 | K | | |
| 24. | | | | | Sold<br>(part) | 10/02/19 | J | | |
| 25. | | | | | Sold<br>(part) | 08/19/19 | J | | |
| 26. iShares Core S & P Mid-Cap ETF | A | Dividend | | | Sold | 10/15/19 | J | | |
| 27. | | | | | Sold<br>(part) | 10/10/19 | J | B | |
| 28. | | | | | Sold<br>(part) | 10/10/19 | J | | |
| 29. | | | | | | | | | |
| 30. iShares Core S & P 500 ETF | B | Dividend | J | T | Sold<br>(part) | 10/15/19 | J | | |
| 31. | | | | | Sold<br>(part) | 10/10/19 | L | B | |
| 32. American Funds New World Fund Class F-2 | | None | | | Sold | 10/10/19 | K | C | |
| 33. | | | | | Sold<br>(part) | 09/18/19 | J | A | |
| 34. Oakmark Select Fund Investor Class | | None | | | Sold | 10/10/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 09/15/19 | J | | |
| 36. Schwab International Equity ETF | A | Dividend | | | Sold | 10/15/19 | J | | |
| 37. | | | | | Sold (part) | 10/10/19 | K | C | |
| 38. | | | | | Sold (part) | 09/19/19 | J | | |
| 39. | | | | | Sold (part) | 08/19/19 | J | A | |
| 40. Vanguard Total Bond Market ETF | A | Dividend | | | Sold | 10/15/19 | J | | |
| 41. | | | | | Sold (part) | 10/10/19 | K | A | |
| 42. | | | | | Sold (part) | 10/01/19 | J | | |
| 43. | | | | | Sold (part) | 08/19/19 | J | A | |
| 44. Northwestern Mutual CompLife Insurance policy | A | Dividend | | | Redeemed | 09/24/19 | J | C | |
| 45. Northwestern Mutual CompLife Insurance policy | A | Dividend | | | Redeemed | 05/20/19 | J | C | |
| 46. Northwestern Mutual 90 Life Insurance policy | A | Dividend | | | Redeemed | 09/24/19 | K | D | |
| 47. Northwestern Mutual 90 Life Insurance policy | A | Dividend | | | Redeemed | 09/24/19 | K | D | |
| 48. Pinnacle Financial Partners Cash Accounts | A | Interest | J | T | | | | | |
| 49. General Money Market Fund Class B | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 50. | | | | | Redeemed (part) | 01/22/19 | J | A | |
| 51. | | | | | Buy (add'l) | 04/16/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | | | | | Redeemed (part) | 04/22/19 | J | A | |
| 53. | | | | | Buy (add'l) | 04/24/19 | J | | |
| 54. | | | | | Buy (add'l) | 05/23/19 | K | | |
| 55. | | | | | Redeemed (part) | 06/06/19 | J | A | |
| 56. | | | | | Redeemed (part) | 06/07/19 | J | A | |
| 57. | | | | | Buy (add'l) | 07/17/19 | J | | |
| 58. | | | | | Redeemed (part) | 07/22/19 | J | A | |
| 59. | | | | | Redeemed | 8/19/19 | J | A | |
| 60. | | | | | Redeemed | 08/19/19 | K | A | |
| 61. Vanguard Emerging Markets Stock Index Fund | A | Dividend | | | Sold | 10/15/19 | J | | |
| 62. | | | | | Sold (part) | 10/10/19 | K | | |
| 63. | | | | | Sold (part) | 09/12/19 | J | | |
| 64. PIMCO Commodities Plus Strategy Fund Class P | A | Dividend | | | Sold | 10/10/19 | J | | |
| 65. | | | | | Sold (part) | 09/24/19 | J | | |
| 66. Goldman Sachs International Small Cap Insights Fund | | None | | | Sold | 10/10/19 | J | | |
| 67. | | | | | Sold (part) | 09/16/19 | J | | |
| 68. Northwestern Mutual 90 Life Insurance policy | | None | | | Buy | 06/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Redeemed | 09/24/19 | J | A | |
| 70.   Vanguard 2030 Retirement Fund | | None | | | Redeemed | 10/19/19 | N | | |
| 71.   Vanguard Short-Term Inflation Protected Securities Index ETF | A | Dividend | | | Sold | 10/15/19 | J | A | |
| 72. | | | | | Sold (part) | 10/10/19 | J | | |
| 73. | | | | | Sold (part) | 09/16/19 | J | | |
| 74. | | | | | Buy | 08/19/19 | J | | |
| 75.   iShares Core S & P Small-Cap ETF | A | Dividend | | | Sold | 10/15/19 | J | | |
| 76. | | | | | Sold (part) | 10/10/19 | J | | |
| 77. | | | | | Sold (part) | 10/10/19 | J | | |
| 78. | | | | | Buy | 08/19/19 | J | | |
| 79.   Vanguard Total Stock Market Index Admiral Class | A | Dividend | K | T | Buy (add'l) | 10/18/19 | J | | |
| 80. | | | | | Buy (add'l) | 10/03/19 | J | | |
| 81. | | | | | Buy (add'l) | 10/02/19 | J | | |
| 82. | | | | | Buy (add'l) | 09/25/19 | J | | |
| 83. | | | | | Buy (add'l) | 09/23/19 | J | | |
| 84. | | | | | Buy (add'l) | 09/19/19 | J | | |
| 85. | | | | | Buy (add'l) | 09/17/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Richardson, Eli J. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 87. | | | | | Buy | 09/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part II: I divested my interest in the previously reported agreement, the Bass, Berry & Sims Retirement & Savings Plan, when I rolled over its contents from the Vanguard Target Retirement 2030 Fund, as relfected in Part VII, into the Thrift Savins Plan.

Part VII: The rollover of the Vanguard Target Retirement 2030 Fund in to the Thrift Savings Plan is reflected here.

Part VII: I surrendered the five Northwestern Mutual Comp Life Insurance polices; I seleceted "redeemed" as the type of transaction because it seemed to be the best fit among the categories available.

| Name of Person Reporting | Date of Report |
|---|---|
| **Richardson, Eli J.** | 05/15/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eli J. Richardson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544